**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

JERROD R VEZINA #594730                    CIVIL ACTION NO. 25-0227 SEC P

VERSUS                                     JUDGE S. MAURICE HICKS, JR.

LA DEPT OF PUBLIC SAFETY &                 MAGISTRATE JUDGE HORNSBY
CORRECTIONS

### ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Louisiana Department of Public Safety & Corrections' Motion to Dismiss (Rec. Doc. 17) is **GRANTED** and that all claims against the Louisiana Department of Public Safety and Corrections are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 11th day of June, 2026.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE